**EXHIBIT 5**

**Mohamed Al Kheyaili**
**Advocates & Legal Consultants**

**Before the court of personal status Dubai**
**Case No. (192/2020) Confirmation of Divorce**

**Statement of Claim**

**Submitted by: Farkhad Teimur Akhmedov, Nationality: Azerbaijan**
Address: Emirate of Dubai, Port Saeed, Deira, Al Maktoum St., Al Masoud Building 2, Office 702, Above Al tadawi Pharmacy, Tel: 043959334, Fax: 043959331, Makani: 3219494430, Email: info@mkladvocates.com

Represented by advocate/ Mohamed Saeed Al Kheyaili

**Defendant: Tatiana Akhmedova, British National**
Address: Fichte Advocates & Legal Consultants, Located in Emirate of Dubai, Bur Dubai, Emirate of Dubai
Business Bay, Sheikh Zayed Road, behind Epco Metro Station, Prism Tower, 19th Floor, office NO. 1907, tel: 044357577, Makani No. 2482986903, Email: moazforawi@fichtelegal.com

**Subject: Case for confirmation of divorce and determination of the consequent effects in connection with alimony**

1) The applicant and the defendant had been connected with a matrimonial relation under valid Sharia marriage contract dated 10/7/1993.

2) The matrimonial relation continued between them and they have been bestowed with two children, the first, Taimoor Akhmedov on 29/9/1993, and the second, Admar Farkhad Akhmedov, on 30/6/1996, and they have been separated only in the late 2004, after all conciliation attempts failed.

3) Whereas this marriage was executed for failing all its elements and sharia conditions, and in accordance to the book of Allah, and Sunnat of Prophet Mohammed (Peace be upon Him), and this valid contract in terms of Sharia and this marriage was made accordingly.

4) Whereas the matter is so and that the defendant trespassed and was not maintaining the honor of the family and the dispute became complicated between them and it was impossible to continue the matrimonial relation between them, therefore, the applicant in the wake of that separated and divorce her as per the following wording (you are divorced), but she continued to threaten him and trespass continuously, the matter which he refused in merits and in form.

5) Whereas the plaintiff is a Muslim and that the threat by the defendant to his honor and property in Emirate of Dubai is contrary to the Islamic sharia and public policy in UAE, the matter which constrained the plaintiff to take recourse to the esteemed court to confirm the divorce in accordance with Islamic Sharia and to determine the maintenance of Idda and maintenance of enjoyment and to deposit the deferred dowry in order to release himself and to put an end to the trespassing by the defendant to the applicant.

   Based on the foregoing,

1. kindly accept the case and determine the nearest hearing for hearing and to summon the defendant duly.

2. accept the application for confirmation of divorce and summon the defendant duly.

3. confirm the divorce of the plaintiff to the defendant in accordance with Islamic Sharia and to authorize deposit of the deferred dowry and her maintenance of Idda and maintenance of enjoyment after determination of the same if necessary.

4. order the defendant to pay court fees and attorney fees.

Thanks & regards,
Advocate, Mohammed Ali Saeed Al Khaili
(Signed & Sealed)

**List of Exhibits:**

| Sr No. | Date | Details of Exhibit |
|---|---|---|
| 1 | 10/7/1993 | Copy of marriage contract executed between the parties (which is under attestation and the attested copy will be submitted in the first hearing). |
| 2 | 30/1/2020 | Copy of dispatchment of transaction issued by Department of Personal Status and Family reform at Dubai court, confirming that no objection as to filing personal status case within a period of three months from the date of the dispatch. |
| 3 | | Copy of the residence of Mr. Farkhat Akhmedov in UAE. |
| 4 | 22/1/2015 | Copy of passport of the first son, Taimoor Akhmedov |
| 5 | 23/12/2015 | Copy of passport of the second son, Admar Farkhad |
| 6 | 29/1/2020 | Copy of investigation issued by residency and naturalization system about Tatiana Akhmedova confirming that she is outside UAE. |