**EXHIBIT 6**

| | |
|---|---|
| **From:** | Andy Kerman |
| **To:** | "Unwalla, Kayaan" |
| **Subject:** | RE: Project Maldives |
| **Date:** | Tuesday, November 11, 2014 7:19:25 AM |

Dear Kayaan,
Anyone else that you can recommend ?
Best,
Andy

Anthony D Kerman
Kerman & Co LLP
200 Strand
London WC2R 1DJ

Tel:    +44 (0) 20 7539 7272
Fax    +44 (0) 20 7240 6143
Website: www.kermanco.com

Alliuris Group
Member of ALLIURIS A.S.B.L.
Alliance of International Business Lawyers

BRUSSELS · PARIS · LONDON · AMSTERDAM · AMERSFOORT · LYON · MADRID · BARCELONA
LISBON · MILAN · EDINBURGH · GLASGOW · DUBLIN · COPENHAGEN · HANOVER · ZUG · VIENNA
MOSCOW · MINSK · POZNAN · WARSAW · BUCHAREST · SOFIA · ATHENS · ISTANBUL
NEW DELHI · BEIJING · SHANGHAI · SAO PAULO · RIO DE JANEIRO · BRASILIA
--------- IMPORTANT DISCLAIMER ---------
The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by another person is not permitted. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. The contents of an attachment to this e-mail may contain software viruses which could damage your own computer system. While Kerman & Co LLP have taken every reasonable precaution to minimise this risk, we cannot accept liability for any damage which you sustain as a result of software viruses. You should carry out your own virus checks before opening the attachment.
Kerman & Co LLP is a limited liability partnership registered in England and Wales under Companies House No OC303233
Authorised and regulated by the Solicitors Regulation Authority - SRA No. 382661.
Registered office and principal place of business: 200 Strand, London WC2R 1DJ


-----Original Message-----
From: Unwalla, Kayaan [mailto:KUnwalla@ReedSmith.com]
Sent: 10 November 2014 18:51
To: Andy Kerman
Cc: Moore, Donald
Subject: RE: Project Maldives

Vistra should be able to. Had a good meeting with the MD. Will have other options tomorrow besides Seychelles.


Kayaan K Unwalla
KUnwalla@ReedSmith.com

_____

From: Andy Kerman
Sent: Monday, November 10, 2014 4:25:28 PM
To: Unwalla, Kayaan
Subject: RE: Project Maldives

Kayaan,
We will need directors for the company used to own the vessel, who can when needed execute documentation. Who will provide this service?
Best,
Andy

Anthony D Kerman
Kerman & Co LLP
200 Strand
London WC2R 1DJ

Tel:      +44 (0) 20 7539 7272
Fax      +44 (0) 20 7240 6143
Website: www.kermanco.com<http://www.kermanco.com>

Alliuris Group
Member of ALLIURIS A.S.B.L.
Alliance of International Business Lawyers

BRUSSELS · PARIS · LONDON · AMSTERDAM · AMERSFOORT · LYON · MADRID · BARCELONA
LISBON · MILAN · EDINBURGH · GLASGOW · DUBLIN · COPENHAGEN · HANOVER · ZUG · VIENNA
MOSCOW · MINSK · POZNAN · WARSAW · BUCHAREST · SOFIA · ATHENS · ISTANBUL NEW DELHI ·
BEIJING · SHANGHAI · SAO PAULO · RIO DE JANEIRO · BRASILIA
--------- IMPORTANT DISCLAIMER --------- The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by another person is not permitted. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.
The contents of an attachment to this e-mail may contain software viruses which could damage your own computer system. While Kerman & Co LLP have taken every reasonable precaution to minimise this risk, we cannot accept liability for any damage which you sustain as a result of software viruses. You should carry out your own virus checks before opening the attachment.
Kerman & Co LLP is a limited liability partnership registered in England and Wales under Companies House No OC303233 Authorised and regulated by the Solicitors Regulation Authority - SRA No. 382661.
Registered office and principal place of business: 200 Strand, London WC2R 1DJ



-----Original Message-----
From: Unwalla, Kayaan [mailto:KUnwalla@ReedSmith.com]
Sent: 10 November 2014 16:20
To: Andy Kerman
Cc: Moore, Donald
Subject: Re: Project Maldives

Understood. Will ask if there is an alternative option.

Kayaan K Unwalla
Associate
KUnwalla@ReedSmith.com

Reed Smith
T: +971 4709 6300 - Dubai
T: +971 2418 5700 - Abu Dhabi
M: +971 505561844
F: +971 43650120

----- Original Message -----
From: Andy Kerman [mailto:andy.kerman@kermanco.com]
Sent: Monday, November 10, 2014 08:18 PM
To: Unwalla, Kayaan
Cc: Moore, Donald
Subject: RE: Project Maldives

Dear Kayaan,
I am afraid that we do not like either the Seychelles or the BVI .
Best,
Andy

Anthony D Kerman
Kerman & Co LLP
200 Strand
London WC2R 1DJ

Tel:      +44 (0) 20 7539 7272
Fax      +44 (0) 20 7240 6143
Website: www.kermanco.com<http://www.kermanco.com>

Alliuris Group
Member of ALLIURIS A.S.B.L.
Alliance of International Business Lawyers

BRUSSELS · PARIS · LONDON · AMSTERDAM · AMERSFOORT · LYON · MADRID · BARCELONA
LISBON · MILAN · EDINBURGH · GLASGOW · DUBLIN · COPENHAGEN · HANOVER · ZUG · VIENNA
MOSCOW · MINSK · POZNAN · WARSAW · BUCHAREST · SOFIA · ATHENS · ISTANBUL NEW DELHI ·
BEIJING · SHANGHAI · SAO PAULO · RIO DE JANEIRO · BRASILIA

--------- IMPORTANT DISCLAIMER --------- The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by another person is not permitted. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.
The contents of an attachment to this e-mail may contain software viruses which could damage your own computer system. While Kerman & Co LLP have taken every reasonable precaution to minimise this risk, we cannot accept liability for any damage which you sustain as a result of software viruses. You should carry out your own virus checks before opening the attachment.
Kerman & Co LLP is a limited liability partnership registered in England and Wales under Companies House No OC303233 Authorised and regulated by the Solicitors Regulation Authority - SRA No. 382661.
Registered office and principal place of business: 200 Strand, London WC2R 1DJ


-----Original Message-----
From: Andy Kerman
Sent: 10 November 2014 16:08
To: 'Unwalla, Kayaan'
Cc: Moore, Donald
Subject: RE: Project Maldives

Dear Kayaan,
Thank you.
We are checking the position in the Seychelles and will get back to you !
Best,
Andy

Anthony D Kerman
Kerman & Co LLP
200 Strand
London WC2R 1DJ

Tel:     +44 (0) 20 7539 7272
Fax     +44 (0) 20 7240 6143
Website: www.kermanco.com<http://www.kermanco.com>

Alliuris Group
Member of ALLIURIS A.S.B.L.
Alliance of International Business Lawyers

BRUSSELS · PARIS · LONDON · AMSTERDAM · AMERSFOORT · LYON · MADRID · BARCELONA
LISBON · MILAN · EDINBURGH · GLASGOW · DUBLIN · COPENHAGEN · HANOVER · ZUG · VIENNA
MOSCOW · MINSK · POZNAN · WARSAW · BUCHAREST · SOFIA · ATHENS · ISTANBUL NEW DELHI ·
BEIJING · SHANGHAI · SAO PAULO · RIO DE JANEIRO · BRASILIA

--------- IMPORTANT DISCLAIMER --------- The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by another person is not permitted. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.
The contents of an attachment to this e-mail may contain software viruses which could damage your own computer system. While Kerman & Co LLP have taken every reasonable precaution to minimise this risk, we cannot accept liability for any damage which you sustain as a result of software viruses. You should carry out your own virus checks before opening the attachment.
Kerman & Co LLP is a limited liability partnership registered in England and Wales under Companies House No OC303233 Authorised and regulated by the Solicitors Regulation Authority - SRA No. 382661.
Registered office and principal place of business: 200 Strand, London WC2R 1DJ


-----Original Message-----
From: Unwalla, Kayaan [mailto:KUnwalla@ReedSmith.com]
Sent: 10 November 2014 14:09
To: Andy Kerman
Cc: Moore, Donald
Subject: RE: Project Maldives

All,

By coincidence, I happen to be meeting the nominee services MD for dinner tonight. The company will also be acting as the registered agent for the IBCs (as many as we incorporate). I will run the structure we discussed past her to confirm if it will work from their end.

I also want to check on the enforceability of any declaration of trust between the trustee and the ultimate beneficiary. From my experience, the nominee shareholder that they put into place (as the trustee) will usually be one of their Seychelles or BVI companies. Naturally, we are steering clear from the BVI but I also want to double check whether using a Seychelles company as a trustee could expose the structure to a UK judgement.

Andy, these are precautions that we'd like to take in our work flow process as the stakes are very high and I'm sure you agree that any structure in place here in the UAE should be airtight.

I will update you all once I finish my meeting with the MD of the group.

Best,

Kayaan

Kayaan K Unwalla
Associate
KUnwalla@reedsmith.com

Reed Smith
T : +971 (0) 4 709 6300 - Dubai
T : +971 (0) 2 418 5700 - Abu Dhabi
F: +971 (0) 4 3650120


-----Original Message-----
From: Andy Kerman [mailto:andy.kerman@kermanco.com]
Sent: 10 November 2014 2:08 PM
To: Unwalla, Kayaan
Subject: RE: Project Maldives

Dear Kayaan,
Would it be convenient for us to speak at 11.30 London  time ?
Best,
Andy



Anthony D Kerman
Kerman & Co LLP
200 Strand
London WC2R 1DJ

Tel:       +44 (0) 20 7539 7272
Fax       +44 (0) 20 7240 6143
Website: www.kermanco.com<http://www.kermanco.com>

Alliuris Group
Member of ALLIURIS A.S.B.L.
Alliance of International Business Lawyers

BRUSSELS · PARIS · LONDON · AMSTERDAM · AMERSFOORT · LYON · MADRID · BARCELONA LISBON · MILAN · EDINBURGH · GLASGOW · DUBLIN · COPENHAGEN · HANOVER · ZUG · VIENNA MOSCOW · MINSK · POZNAN · WARSAW · BUCHAREST · SOFIA · ATHENS · ISTANBUL NEW DELHI · BEIJING · SHANGHAI · SAO PAULO · RIO DE JANEIRO · BRASILIA
--------- IMPORTANT DISCLAIMER --------- The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by another person is not permitted. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.
The contents of an attachment to this e-mail may contain software viruses which could damage your own computer system. While Kerman & Co LLP have taken every reasonable precaution to minimise this risk, we cannot accept liability for any damage which you sustain as a result of software viruses. You should carry out your own virus checks before opening the attachment.

Kerman & Co LLP is a limited liability partnership registered in England and Wales under Companies House No OC303233 Authorised and regulated by the Solicitors Regulation Authority - SRA No. 382661.
Registered office and principal place of business: 200 Strand, London WC2R 1DJ


-----Original Message-----
From: Unwalla, Kayaan [mailto:KUnwalla@ReedSmith.com]
Sent: 10 November 2014 06:21
To: Andy Kerman; Moore, Donald
Subject: RE: Project Maldives

Andy,

Would you be available for a call this morning? I need clarification on the ultimate holding entity. Do let me know when you have a moment.

Best regards,
Kayaan



Kayaan K Unwalla
KUnwalla@ReedSmith.com

_____
From: Andy Kerman
Sent: Thursday, November 06, 2014 5:39:12 PM
To: Unwalla, Kayaan; Moore, Donald
Subject: RE: Project Maldives


Dear Kayaan,

Thank you - yes, around 10 am tomorrow (Friday) is fine.

Best,

Andy


Anthony D Kerman
Kerman & Co LLP
200 Strand
London WC2R 1DJ

Tel:     +44 (0) 20 7539 7272
Fax     +44 (0) 20 7240 6143
Website: www.kermanco.com<http://www.kermanco.com/>

Alliuris Group<http://alliuris.com/home-en/>
Member of ALLIURIS A.S.B.L.
Alliance of International Business Lawyers

BRUSSELS · PARIS · LONDON · AMSTERDAM · AMERSFOORT · LYON · MADRID · BARCELONA · LISBON · MILAN · EDINBURGH · GLASGOW · DUBLIN · COPENHAGEN · HANOVER · ZUG · VIENNA · MOSCOW · MINSK · POZNAN · WARSAW · BUCHAREST · SOFIA · ATHENS · ISTANBUL NEW DELHI ·

BEIJING · SHANGHAI · SAO PAULO · RIO DE JANEIRO · BRASILIA
--------- IMPORTANT DISCLAIMER --------- The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by another person is not permitted. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.

The contents of an attachment to this e-mail may contain software viruses which could damage your own computer system. While Kerman & Co LLP have taken every reasonable precaution to minimise this risk, we cannot accept liability for any damage which you sustain as a result of software viruses. You should carry out your own virus checks before opening the attachment.

Kerman & Co LLP is a limited liability partnership registered in England and Wales under Companies House No OC303233 Authorised and regulated by the Solicitors Regulation Authority - SRA No. 382661.

Registered office and principal place of business: 200 Strand, London WC2R 1DJ

_____

From: Unwalla, Kayaan [KUnwalla@ReedSmith.com]
Sent: 06 November 2014 15:34
To: Moore, Donald; Andy Kerman
Subject: RE: Project Maldives

Andy,

Firstly thanks for the prompt engagement. We look forward to a strong relationship going forward.

Secondly, thank you for the valuable information below. I have just received word from Don that option 2 is on the table and one of Don's anchor clients would be willing to help with Project Maldives gratis.

I will give you a ring tomorrow morning at around 10 am your time. Does that work for you? Alternatively, feel free to call me anytime on +971 50 5561844.

Best,

Kayaan K Unwalla
Associate
KUnwalla@reedsmith.com

Reed Smith
T : +971 (0) 4 709 6300 - Dubai
T : +971 (0) 2 418 5700 - Abu Dhabi
F: +971 (0) 4 3650120


From: Moore, Donald
Sent: 06 November 2014 7:16 PM
To: 'andy.kerman@kermanco.com'; Unwalla, Kayaan
Subject: Re: Project Maldives

Thanks Andy.
Donald Moore
Partner
Reed Smith LLP
Level 14, Al Sila Tower
Sowwah Square, Al Maryah Island
PO Box 46904
Abu Dhabi, United Arab Emirates
T: +971 2 418 5784
M: +971 50 596 0970
Dmoore@reedsmith.com<mailto:Dmoore@reedsmith.com>

From: Andy Kerman [mailto:andy.kerman@kermanco.com]<mailto:[mailto:andy.kerman@kermanco.com]>
Sent: Thursday, November 06, 2014 06:48 PM
To: Unwalla, Kayaan; Moore, Donald
Subject: RE: Project Maldives

Dear Kayaan,

Thank you for coming back to me, and for Don's kind offer. I would be grateful if you would call me tomorrow morning (UK time) to discuss the implications.

Briefly, the history is as follows:

-My client's wife first commenced divorce proceedings in England in August 2003. These were not pursued.
-She commenced fresh proceedings in December 2013. These were stayed by agreement between the parties in March 2014.
-Importantly, no divorce has been granted in England nor have any financial orders (or orders for disclosure of financial documentation) been made against my client by the English courts.

I attach your signed engagement letter and KYC.

Best,

Andy



Anthony D Kerman
Kerman & Co LLP
200 Strand
London WC2R 1DJ
Tel: +44 (0) 20 7539 7272
Fax +44 (0) 20 7240 6143
Website: www.kermanco.com<http://www.kermanco.com/>
Alliuris Group<http://alliuris.com/home-en/>
Member of ALLIURIS A.S.B.L.
Alliance of International Business Lawyers

BRUSSELS · PARIS · LONDON · AMSTERDAM · AMERSFOORT · LYON · MADRID · BARCELONA
LISBON · MILAN · EDINBURGH · GLASGOW · DUBLIN · COPENHAGEN · HANOVER · ZUG · VIENNA
MOSCOW · MINSK · POZNAN · WARSAW · BUCHAREST · SOFIA · ATHENS · ISTANBUL NEW DELHI ·
BEIJING · SHANGHAI · SAO PAULO · RIO DE JANEIRO · BRASILIA

--------- IMPORTANT DISCLAIMER --------- The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by another person is not permitted. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.
The contents of an attachment to this e-mail may contain software viruses which could damage your own computer system. While Kerman & Co LLP have taken every reasonable precaution to minimise this risk, we cannot accept liability for any damage which you sustain as a result of software viruses. You should carry out your own virus checks before opening the attachment.
Kerman & Co LLP is a limited liability partnership registered in England and Wales under Companies House No OC303233 Authorised and regulated by the Solicitors Regulation Authority - SRA No. 382661.
Registered office and principal place of business: 200 Strand, London WC2R 1DJ

From: Unwalla, Kayaan [KUnwalla@ReedSmith.com]
Sent: 06 November 2014 14:01
To: Moore, Donald; Andy Kerman
Subject: RE: Project Maldives

Andy,

I have just spoken to Don and we have considered a few issues in light of the new information below:

1.      When were the proceedings commenced? Have the courts enforced any equitable orders against assets in or outside of the UK or made any orders for disclosure of financial documentation?

2.      Given that the proceedings have already commenced, we have two options. The first, we commence the incorporation of the entities immediately and subsequent to that, we apply for the client's residency visa here in the UAE. Bear in mind, this is not a quick process, the company formation alone takes about 30-40 days subject to all documentation being provided and submitted correctly and the visa process after will take another 30 days (the client will need to be in the UAE for a part of this timeframe).

The second option, and this rests on the creative side of things, is that we have the client's residency visa processed under one of Don's very trusted clients who would be willing to extend a favour to the client. We're checking on a no-names basis to see if this is possible. If it is, and subject to your approval, this could be the fastest way to lock the client into the UAE civil system by virtue of his residency. This buys us time to incorporate the entities after which, we can migrate his visa to the formed entities.

3.      Thinking head, we should also start considering powers of attorney in Don's and my name in order to enable us to move fast with this process.

Do let us know which option you wish to choose out of Paragraph 2. Our recommendation, should it work from both ends, is the 2nd option where one of Don's trusted clients would be willing to extend the favour. A bit unorthodox but given the time constraints, this would be a great solution.

Let us know and we will work around the clock.

Best,

Kayaan K Unwalla
Associate
KUnwalla@reedsmith.com<mailto:KUnwalla@reedsmith.com>
Reed Smith
T : +971 (0) 4 709 6300 - Dubai
T : +971 (0) 2 418 5700 - Abu Dhabi
F: +971 (0) 4 3650120

From: Moore, Donald
Sent: 06 November 2014 5:32 PM
To: Unwalla, Kayaan; 'Andy Kerman'
Subject: RE: Project Maldives

Andy

I'm departing for the weekend soon, but Kayaan is well versed in these matters and we can push this forward over

the weekend.

Please again confirm if the client owns property in the UAE and where.  Thanks.

Donald Moore
Partner
dmoore@reedsmith.com<mailto:dmoore@reedsmith.com>
Reed Smith
Level 14
Al Sila Tower
Sowwah Square
Al Maryah Island
PO Box 46904
Abu Dhabi
United Arab Emirates
T:  +971 2 418 5784
M: +971 50 596 0970
www.reedsmith.com<http://www.reedsmith.com>
[logo - 35 years - arabic logo - mana - 010713 - 20]

From: Unwalla, Kayaan
Sent: 06 November 2014 5:26 PM
To: 'Andy Kerman'; Moore, Donald
Subject: RE: Project Maldives

Gentlemen,

I have just confirmed with local counsel that we can still proceed to obtaining a visa, so long as the judgement in the UK hasn't been granted to the claimant.

The window is small, but we can expedite if instructed.

Best,

Kayaan K Unwalla
Associate
KUnwalla@reedsmith.com<mailto:KUnwalla@reedsmith.com>
Reed Smith
T : +971 (0) 4 709 6300 - Dubai
T : +971 (0) 2 418 5700 - Abu Dhabi
F: +971 (0) 4 3650120

From: Andy Kerman [mailto:andy.kerman@kermanco.com]
Sent: 06 November 2014 5:21 PM
To: Moore, Donald
Cc: Unwalla, Kayaan
Subject: RE: Project Maldives


Dear Donald,

Thank you for your prompt response.

Divorce proceedings have already been commenced in the UK - so I will need to know where that leaves my client in light of what you say at point 1.a).

Best,

Andy

Anthony D Kerman
Kerman & Co LLP
200 Strand
London WC2R 1DJ

Tel:      +44 (0) 20 7539 7272
Fax      +44 (0) 20 7240 6143
Website: www.kermanco.com<http://www.kermanco.com/>

Alliuris Group<http://alliuris.com/home-en/>
Member of ALLIURIS A.S.B.L.
Alliance of International Business Lawyers

BRUSSELS · PARIS · LONDON · AMSTERDAM · AMERSFOORT · LYON · MADRID · BARCELONA LISBON · MILAN · EDINBURGH · GLASGOW · DUBLIN · COPENHAGEN · HANOVER · ZUG · VIENNA MOSCOW · MINSK · POZNAN · WARSAW · BUCHAREST · SOFIA · ATHENS · ISTANBUL NEW DELHI · BEIJING · SHANGHAI · SAO PAULO · RIO DE JANEIRO · BRASILIA
--------- IMPORTANT DISCLAIMER --------- The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by another person is not permitted. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.
The contents of an attachment to this e-mail may contain software viruses which could damage your own computer system. While Kerman & Co LLP have taken every reasonable precaution to minimise this risk, we cannot accept liability for any damage which you sustain as a result of software viruses. You should carry out your own virus checks before opening the attachment.
Kerman & Co LLP is a limited liability partnership registered in England and Wales under Companies House No OC303233 Authorised and regulated by the Solicitors Regulation Authority - SRA No. 382661.
Registered office and principal place of business: 200 Strand, London WC2R 1DJ

_____
From: Moore, Donald [DMoore@ReedSmith.com]
Sent: 06 November 2014 11:48
To: Andy Kerman
Cc: Unwalla, Kayaan
Subject: Project Maldives
Dear Andy

We have dubbed the new instructions, "Project Maldives".  Our preliminary research is as follows:


  1.  Enforcement of a UK matrimonial judgment in the UAE

a)     We assume that the client is not a UK citizen and is not habitually resident in the UK. That said, based on our preliminary research (which is subject to further facts provided by the ultimate client), if the client were to establish residency (i.e. obtain a UAE residency visa) in the UAE and have an office or residential address here in the UAE prior to divorce proceedings being commenced in the UK, then in practice, based on consultations with local litigators and other research the Dubai courts are likely to not enforce a UK matrimonial judgement in the UAE and the claimant would then need to re-apply for divorce proceedings in the UAE which would be subject to the Personal Status Law (Federal Law No. 28 of 2005) and the Civil Code of the UAE. There is no bilateral treaty between the UK and UAE for matrimonial judgements as the jurisprudence varies significantly (e.g. spousal support is an alien concept here in the UAE but prevalent in the UK).

b)   The residency rules in the UAE are relatively flexible and the client does not have to remain in the UAE to be a resident. Instead, the client needs to be in the UAE once every six months in order to fulfil the residency requirements.

c)   While the risks for enforcing a UK judgement in the UAE are relatively low, we assume that the claimant would execute any judgement against the client's assets in the UK.  . This is something for UK counsel to determine with regards to the treatment of those assets situated in the UK.

1. Using corporate structures in the UAE

a)   Subject to the non-enforceability of a UK matrimonial judgement in the UAE, it is intended that the client's trust-related entities (FASP, Woodblade, etc.), would each be replaced by a form of UAE entity.

b)   For the upper-level entities, we recommend the use of a RAK International Business Company (IBC) in RAK Offshore, which allows for the activities intended (i.e. holding companies and underlying assets on trust) as incorporating under these entities are relatively quick and cost efficient. However, the client will not be able to obtain a visa under RAK Offshore entities, so it might be worth considering establishing one RAK Free Zone company under which the client will be allowed to obtain a residency visa and an address (that being the virtual address of the company).

c)   Alternatively, if the client already owns property in the UAE, the client will automatically be entitled to a three year (renewable) residency visa. If so, then we would still recommend the RAK Offshore IBCs for the trust-related entities, because the residency requirements will already have been met by virtue of owning property here in the UAE.

Based on the above, we would want to first raise certain questions with respect to the client's current residency, what he considers his domicile to be, his current citizenship, where the marriage took place and if there are any children that are presently of minor age. Answers to these questions would allow us to refine our advice to the client.

I hope this is a helpful start.  I'm out of office and largely unavailable until Tuesday, but I'll look for emails and Kayaan is also available in Dubai.
Donald Moore
Partner
dmoore@reedsmith.com<mailto:dmoore@reedsmith.com>
Reed Smith
Level 14
Al Sila Tower
Sowwah Square
Al Maryah Island
PO Box 46904
Abu Dhabi
United Arab Emirates
T:  +971 2 418 5784
M: +971 50 596 0970
www.reedsmith.com<http://www.reedsmith.com>
[logo - 35 years - arabic logo - mana - 010713 - 20]

Reed Smith LLP is a limited liability partnership registered in England (registered no. OC303620) with its registered office at The Broadgate Tower, 20 Primrose Street, London, EC2A 2RS, England. Reed Smith LLP is authorised and regulated by the Solicitors Regulation Authority.

A list of members of Reed Smith LLP, and their professional qualifications, is available at the registered office. Any reference in this email to a partner of Reed Smith LLP is to a person who is a member of Reed Smith LLP, or a partner of an associated entity, or to an employee of equivalent standing. Reed Smith LLP is associated with Reed Smith LLP of Delaware, USA.

This e-mail is confidential and may be protected by legal privilege. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation. Please contact us on +971 2 6222636 if you need assistance.

Disclaimer Version RS.ABU.20.10.00

Reed Smith LLP in Dubai is registered with the Dubai Financial Services Authority.

Reed Smith LLP is a limited liability partnership registered in England (registered no. OC303620) with its registered office at The Broadgate Tower, 20 Primrose Street, London, EC2A 2RS, England. Reed Smith LLP is authorised and regulated by the Solicitors Regulation Authority.

A list of members of Reed Smith LLP, and their professional qualifications, is available at the registered office. The term partner is used to refer to a member of Reed Smith LLP, or a partner of an associated entity, or an employee of equivalent standing. Reed Smith LLP is associated with Reed Smith LLP of Delaware, USA.

This e-mail is confidential and may be protected by legal privilege. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation. Please contact us on +971 4 709 6300 if you need assistance.

Disclaimer Version RS.DUB.20.10.00