**EXHIBIT 7**

**From:** Farkhad Akhmedov
**To:** Ross Henderson
**Subject:** Fwd: Legally Privileged.
**Date:** 09 June 2015 20:26:45

?

Begin forwarded message:

**From:** Temur Akhmedov <khyshen@gmail.com>
**Date:** 9 June 2015 20:54:27 GMT+5
**To:** "farkhad@akhmedov.net" <farkhad@akhmedov.net>
**Subject: Fwd: Legally Privileged.**

---------- Forwarded message ----------
From: **Andy Kerman** <andy.kerman@kermanco.com>
Date: 9 June 2015 at 16:53
Subject: Legally Privileged.
To: Temur Akhmedov <khyshen@gmail.com>
Cc: Sebastian Devlin <sebastian.devlin@kermanco.com>

Dear Temur,
As discussed here is an outline of the current position as we see it.
1. Since October last year we have been trying to put in place a structure in the UAE, where it would be very difficult for your Mother to enforce an English judgment. NBAD was the obvious choice of bank but ultimately they refused to open an account for your Father, for reasons we do not understand.
2. The Commercial Bank of Qatar (CBQ) was put forward as an alternative, and since February we have been trying to get an account opened with this bank. After months of being told by the local lawyers that an account would be opened "by tomorrow", "by next week" etc. there is still no account. The lawyers say they are as disappointed as we are about this but unfortunately CBQ has been giving them the wrong information.
3. When we spoke to the local lawyers yesterday they said they are confident that the CBQ account will finally be opened by Monday (15 June). However they could not give an absolute assurance. Instead they suggested we consider another bank, Emirates National Bank of Dubai (Emirates NBD). They said they have links with the management of this bank and should be able to make things happen very quickly – but they said the same about CBQ. In addition, your Father would need to obtain a UAE resident's visa to open an account at that bank. In short, we are very concerned that despite all their assurances they will not be able to arrange the bank account and charges over

the assets in the UAE/Qatar before the 22 June hearing, particularly bearing in mind that Ramadan begins on 18 June.

4. Your Father has often talked about using a Russian bank instead and today he said we should forget about Qatar and focus on Russia. While there may be other risks for your Father of moving his money to a Russian bank, as far as protecting his assets from your Mother, Russia looks like a good option because our understanding is that there are currently no mutual enforcement treaties in place between England and Russia.

5. Alla Zhivina (your Father's Russian divorce lawyer) has confirmed again today that we could protect your Father's money by opening an account there in the name of a company which would in turn be held by your Father's trust. That way the Russian courts would not include it in any division of your Father's assets in Russia. Alla is checking to see whether there have been any conventions/treaties signed recently between Russia and other countries which could affect this.

6. Your Father has now told us he wants to continue with the Qatar solution because Nail has suggested that a Russian bank may not be safe after all. He has referred to a convention which Russia and Azerbaijan have apparently signed up to. Nail must tell us clearly which convention he is talking about so that we can consider this fully.

At this moment in time our advice is that we continue working with the lawyers in Dubai to see if the CBQ account can be opened in time, but also urgently explore the possibilities in Russia.

Best,
Andy


**Anthony D Kerman**
**Kerman & Co LLP**
**200 Strand**
**London WC2R 1DJ**

**Tel:      +44 (0) 20 7539 7272**
**Fax      +44 (0) 20 7240 6143**
**Website: www.kermanco.com**

Alliuris Group
Member of ALLIURIS A.S.B.L.
Alliance of International Business Lawyers

BRUSSELS · PARIS · LONDON · AMSTERDAM · AMERSFOORT · LYON · MADRID · BARCELONA
LISBON · MILAN · EDINBURGH · GLASGOW · DUBLIN · COPENHAGEN · HANOVER · ZUG · VIENNA
MOSCOW · MINSK · POZNAN · WARSAW · BUCHAREST · SOFIA · ATHENS · ISTANBUL
NEW DELHI · BEIJING · SHANGHAI · SAO PAULO · RIO DE JANEIRO · BRASILIA

--------- IMPORTANT DISCLAIMER ---------

The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by another person is not permitted. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.

The contents of an attachment to this e-mail may contain software viruses which could damage

your own computer system. While Kerman & Co LLP have taken every reasonable precaution to minimise this risk, we cannot accept liability for any damage which you sustain as a result of software viruses. You should carry out your own virus checks before opening the attachment.

Kerman & Co LLP is a limited liability partnership registered in England and Wales under Companies House No OC303233
Authorised and regulated by the Solicitors Regulation Authority - SRA No. 382661.
Registered office and principal place of business: 200 Strand, London WC2R 1DJ

--
**Temur Akhmedov**