**EXHIBIT 8**

| | |
|---|---|
| **From:** | Farkhad Akhmedov |
| **To:** | Ross Henderson |
| **Subject:** | FW: Options |
| **Date:** | 10 June 2015 13:35:01 |

**From:** Temur Akhmedov [mailto:khyshen@gmail.com]
**Sent:** Wednesday, June 10, 2015 12:14 PM
**To:** farkhad@akhmedov.net
**Subject:** Fwd: Options


---------- Forwarded message ----------
From: **Andy Kerman** <andy.kerman@kermanco.com>
Date: 10 June 2015 at 11:13
Subject: Options
To: "Temur Akhmedov (khyshen@gmail.com)" <khyshen@gmail.com>
Cc: Sebastian Devlin <sebastian.devlin@kermanco.com>


Dear Temur,
I am not at all surprised that your Father has lost patience with the situation in Qatar. It appears that CBQ have been telling you this is all the local lawyers' (Reed Smith) fault while Reid Smith are blaming it on CBQ/local bureaucracy and everyone else. These are issues that can and should be addressed in time  -  but right now your Father needs to focus on deciding what he wants to do next, and taking the appropriate steps.


I must make it clear that the hearing of 22 June is not an absolute deadline. This is simply the date on which your Mother's lawyers are likely to start applying to the English court for orders to preserve your Father's assets. Our objective must be to avoid that happening for as long as we can. Ray Tooth and we believe the best way to achieve this is to carry on talking to Fiona about the possibility of an amicable settlement. Unless you/your Father instruct me not to Ray and  I are  meeting Fiona today and will be telling her that your Father is still willing to listen. As we discussed yesterday it is critical that your Father says or does nothing to undermine this position , until his assets are secure.


Judging from Matthias's and Ross's comments an account at Alfa-Bank may not be suitable as a long-term solution because it may restrict / prevent trading in foreign securities. Your Father needs confirmation of this and if so whether it is a problem which affects all Russian banks. However, in the circumstances Alfa-Bank may be the only option, assuming everything can be done there very quickly. We cannot know this until we are put in touch with a senior  technical  person at Alfa-Bank with whom we can discuss exactly what your Father needs. Can you/your Father give us a name?
Whether any Russian bank will be suitable depends on whether your Father shares Ross's concerns about Russia in general – and  what Nail can tell us about the convention he referred to. We ( and your Father )  emailed Nail yesterday and  we will come back to you as soon as we receive Nail's response .

One of the main attractions of Alfa-Bank is your Father's relationship with Peter Aven. Trust is needed here because your Father has to be as sure as he can be that the chosen

bank will defend his interests robustly if necessary.

Your Father has a whole lifetime's worth of experience in Russia, and presumably very much less in Qatar/the UAE. He will have to decide whether this is a case of "better the devil you know".

Qatar / the UAE still seems like a good option in principle, but so far this has not worked out in practice. Without being there on the ground it is difficult to judge if this is because CBQ is the wrong bank or because Reed Smith (who were recommended by Kirill/Ross) have not been able to exert enough influence there to make things happen. I note you have now given CBQ a deadline of Friday which may finally get things moving.

Our advice is that your Father should continue with CBQ unless / until it becomes clear that they cannot do what Reed Smith have assured us they will do. We should know for sure by Monday. In the meantime we should speak to Alfa-Bank and see if they are able to give your Father the immediate protection he needs. If they will cooperate quickly Alfa-Bank could become a temporary solution if CBQ cannot deliver – or if your Father now refuses to deal with them out of principle.

In the longer term your Father can look at switching to another bank, possibly Emirates NBD, which is a bank that was recommended to me when NBAD fell through. We also asked Ross to look into another called Abu Dhabi Islamic Bank, but this may not be substantial enough.

Best,
Andy


**Anthony D Kerman**
**Kerman & Co LLP**
**200 Strand**
**London WC2R 1DJ**

Tel:     +44 (0) 20 7539 7272
Fax     +44 (0) 20 7240 6143
Website: www.kermanco.com

Alliuris Group
Member of ALLIURIS A.S.B.L.
Alliance of International Business Lawyers

BRUSSELS · PARIS · LONDON · AMSTERDAM · AMERSFOORT · LYON · MADRID · BARCELONA
LISBON · MILAN · EDINBURGH · GLASGOW · DUBLIN · COPENHAGEN · HANOVER · ZUG · VIENNA
MOSCOW · MINSK · POZNAN · WARSAW · BUCHAREST · SOFIA · ATHENS · ISTANBUL
NEW DELHI · BEIJING · SHANGHAI · SAO PAULO · RIO DE JANEIRO · BRASILIA

--------- IMPORTANT DISCLAIMER ---------
The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by another person is not permitted. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.
The contents of an attachment to this e-mail may contain software viruses which could damage your own computer system. While Kerman & Co LLP have taken every reasonable precaution to minimise this risk, we cannot accept liability for any damage which you sustain as a result of software viruses. You should carry out your own virus checks before opening the attachment.
Kerman & Co LLP is a limited liability partnership registered in England and Wales under Companies House No OC303233
Authorised and regulated by the Solicitors Regulation Authority - SRA No. 382661.
Registered office and principal place of business: 200 Strand, London WC2R 1DJ

As you know the priority right now is to secure everything as quickly as possible, and in the meantime to give Fiona / your Mother the very clear signal that your Father is still prepared to consider an amicable settlement. This should buy your Father the time he needs to get the appropriate protections in place.
Best,
Andy


--
**Temur Akhmedov**