## EXHIBIT 9

| | |
|---|---|
| **From:** | Farkhad Akhmedov |
| **To:** | Temur Akhmedov |
| **Cc:** | Ross Henderson |
| **Subject:** | Re: Legally Privileged. Strictly Private & Confidential. |
| **Date:** | 23 June 2015 21:41:47 |

Paintings is safe on a boat?
I would like to see them rather on a storage or hided


On 24 Jun 2015, at 00:10, Temur Akhmedov <khyshen@gmail.com> wrote:



Best,
Temur Akhmedov

Begin forwarded message:


**From:** Andy Kerman <andy.kerman@kermanco.com>
**Date:** 23 June 2015 20:05:10 BST
**To:** Temur Akhmedov <khyshen@gmail.com>
**Cc:** Sebastian Devlin <sebastian.devlin@kermanco.com>
**Subject: Legally Privileged. Strictly Private & Confidential.**


Dear Temur,

I refer to our telephone conversation earlier today about the possibility of moving the paintings to Luna, and also to a call I received from Ross indicating that your Father now wishes to go ahead with Mallar.

I must repeat that for as long as your Mother continues with the English divorce proceedings the very best way for your Father to protect his money and assets would be to move them to (and keep them in) a "safe" jurisdiction, meaning a country where your Mother could not enforce an English court order – for example Azerbaijan, Dubai, Qatar etc. Although the paintings are infinitely safer from your Mother's claims in Switzerland than they would be if they had remained in England, they are not safe in Switzerland in the long term because the Swiss courts could enforce an English court order if your Mother's lawyers went about it the right way.

If your Father insists on moving the paintings to Luna while there is still a dispute with your Mother, then the very least he must do first is arrange for the paintings to be charged in favour of a bank located in a safe jurisdiction, in the same way as Luna and the

aircraft must be charged . As you know, we were trying to arrange charges over Luna and the aircraft with CBQ, and the paintings fall into the same category . This protection operates on the basis that once a charge is given to a bank that bank would object to any attempt to enforce a court order against the asset, because the bank is holding that asset as its security.

If your Father proceeds with Mallar this would be a Swiss investment in a private company and therefore also vulnerable to your Mother through the Swiss courts. If your Father wishes to invest in Mallar then the investment would need to be held through one of the new UAE companies and the money remitted from whichever new offshore bank he chooses. It would be much too dangerous for the money to come from UBS now .

If your Father is no longer interested in using a Qatari / UAE or Russian bank then we will need to consider banks in other jurisdictions which would not (or would be unlikely to) enforce an English court order. As agreed we are also exploring with local lawyers the possibility / time frame of your Father setting up his own bank in Azerbaijan.

One final point on the paintings: if your Father really wants to move the paintings to Luna now, while she is still in the shipyard, then we would have to get advance VAT clearance from the German authorities . I do not believe that this would be a problem, as long as the paintings remain on Luna and Luna is exported out of the EU at the end of the refit. We can deal with this as necessary when a decision is made.

Best,

Andy

**Anthony D Kerman**

**Kerman & Co LLP**

**200 Strand**

**London WC2R 1DJ**

**Tel: +44 (0) 20 7539 7272**

**Fax +44 (0) 20 7240 6143**

**Website:** www.kermanco.com

Alliuris Group

Member of ALLIURIS A.S.B.L.

Alliance of International Business Lawyers

BRUSSELS · PARIS · LONDON · AMSTERDAM · AMERSFOORT · LYON · MADRID · BARCELONA
LISBON · MILAN · EDINBURGH · GLASGOW · DUBLIN · COPENHAGEN · HANOVER · ZUG · VIENNA
MOSCOW · MINSK · POZNAN · WARSAW · BUCHAREST · SOFIA · ATHENS · ISTANBUL
NEW DELHI · BEIJING · SHANGHAI · SAO PAULO · RIO DE JANEIRO · BRASILIA

--------- IMPORTANT DISCLAIMER ---------
The information in this message is confidential and may be legally privileged. It is

intended solely for the addressee. Access to this message by another person is not permitted. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.

The contents of an attachment to this e-mail may contain software viruses which could damage your own computer system. While Kerman & Co LLP have taken every reasonable precaution to minimise this risk, we cannot accept liability for any damage which you sustain as a result of software viruses. You should carry out your own virus checks before opening the attachment.

Kerman & Co LLP is a limited liability partnership registered in England and Wales under Companies House No OC303233

Authorised and regulated by the Solicitors Regulation Authority - SRA No. 382661.

Registered office and principal place of business: 200 Strand, London WC2R 1DJ