# **EXHIBIT 11**

