# **EXHIBIT 12**

| From: | Moore, Donald |
|---|---|
| To: | "Andy Kerman" |
| Cc: | Sebastian Devlin; Unwalla, Kayaan |
| Subject: | RE: URGENT - UAE matters |
| Date: | Sunday, January 31, 2016 9:36:16 AM |

Andy. To be clearer, we need your response to all this today. Unless FTA is going to cooperate and reverse his position on all this, Humaid needs to register FTA as absconded first thing Monday UAE time because the renewal of his company needs to be resolved Monday in order to not lose an important opportunity for his business on Tuesday. I cannot emphasize how much this is screwing people over.


Sent with Good (www.good.com)

_____

From: Moore, Donald
Sent: Sunday, January 31, 2016 12:25:52 PM
To: 'Andy Kerman'
Cc: Sebastian Devlin; Unwalla, Kayaan
Subject: RE: URGENT - UAE matters

Andy. Unfortunately, FTA's rude disregard for the visa situation and all we have done for him has now created significant problems for Humaid al Masaood's company and his renewal process. You and he will need to fully cooperate with us no later than Monday or else Humaid will be forced to take action that will result in very negative UAE travel consequences for FTA. He may again just rudely reply that he doesn't car, but we and Humaid made significant efforts on his behalf, which he ruined through his own actions, an he appears to not to care at all that his actions are hurting the very people who tried to assist him. Please advise no later than the first thing your Monday morning.


Sent with Good (www.good.com)

_____

From: Moore, Donald
Sent: Friday, January 29, 2016 3:41:36 PM
To: 'Andy Kerman'
Cc: Sebastian Devlin; Unwalla, Kayaan
Subject: RE: URGENT - UAE matters

Thank you.

Donald Moore
Partner
dmoore@reedsmith.com
Reed Smith LLP
www.reedsmith.com<http://www.reedsmith.com>
Abu Dhabi, UAE:
Office: +971 2 418 5784; Mobile: +971 50 596 0970
New York, NY, USA:
Office: +1 212 549 0249; Cell: +1 917 981 4564

Abu Dhabi | Beijing | Century City | Chicago | Dubai | Falls Church | Greece | Hong Kong | Houston | Kazakhstan | London | Los Angeles | Munich | New York | Paris | Philadelphia | Pittsburgh | Princeton | Richmond | San Francisco | Shanghai | Silicon Valley | Singapore | Washington DC | Wilmington

-----Original Message-----
From: Andy Kerman [mailto:andy.kerman@kermanco.com]
Sent: Friday, January 29, 2016 12:39 PM
To: Moore, Donald
Cc: Sebastian Devlin; Unwalla, Kayaan
Subject: RE: URGENT - UAE matters

Dear Don,
I have been out of the office and will come back to you on your email on Monday if not before .
Best,
Andy

Anthony D Kerman
Kerman & Co LLP
200 Strand
London WC2R 1DJ

Tel:     +44 (0) 20 7539 7272
Fax     +44 (0) 20 7240 6143
Website: www.kermanco.com<http://www.kermanco.com>

Alliuris Group
Member of ALLIURIS A.S.B.L.
Alliance of International Business Lawyers

BRUSSELS . PARIS . LONDON . AMSTERDAM . AMERSFOORT . LYON . MADRID . BARCELONA . LISBON MILAN . DUBLIN . COPENHAGEN . HANOVER . ZUG . VIENNA . MOSCOW . MINSK . ATHENS . NIKOSIA ISTANBUL . BEIJING . SHANGHAI . NEW DELHI . NEW YORK . SAO PAULO . RIO DE JANEIRO . BRASILIA
--------- IMPORTANT DISCLAIMER --------- The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by another person is not permitted. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.
The contents of an attachment to this e-mail may contain software viruses which could damage your own computer system. While Kerman & Co LLP have taken every reasonable precaution to minimise this risk, we cannot accept liability for any damage which you sustain as a result of software viruses. You should carry out your own virus checks before opening the attachment.
Kerman & Co LLP is a limited liability partnership registered in England and Wales under Companies House No OC303233 Authorised and regulated by the Solicitors Regulation Authority - SRA No. 382661.
Registered office and principal place of business: 200 Strand, London WC2R 1DJ


-----Original Message-----
From: Moore, Donald [mailto:DMoore@ReedSmith.com]
Sent: 27 January 2016 16:10
To: Andy Kerman
Cc: Unwalla, Kayaan; Sebastian Devlin
Subject: RE: URGENT - UAE matters

Andy

Andy, I believe your suggestion was as follows:

"I think the best way of proceeding is first of all to try to narrow the issues between us.  This is best achieved  by your IT department  compiling  an electronic file on this matter and  a formal bill of costs against which we can raise  our submissions and points of dispute.   That way  the mediator will be clear  as to the points in issue between us . I  am sure that this will be the most cost effective way of resolving this matter ."

I'm a bit unclear what you suggested.  What do you me by having our IT department compile an electronic file and a formal bill of cost?  How is that different from the invoices that we have sent to you?  I'm not against it, but I am not clear what you meant?

Separately, my email of a few days ago was an attempt to be professionally clear about the consequences of FTA's abrupt, self-defeating and passionate departure from the UAE.  And, you had told us a few months ago that it was important to keep the structure in place in case the situation eventually made it attractive again.  But, given that (1) FTA has not followed our advice on avoiding the cancellation of his visa (by not being in the UAE at least once every 6 months, (2) this week, Humaid will have to report FTA as "absconded" in order to renew his visa-sponsoring company's corporate renewal (because FTA won't cooperate to maintain the visa), (3) once someone with a visa has "absconded" they may not be able to re-enter the UAE even under a visit-visa, (4) without any action, the corporate entities will be cancelled for non-renewal and (5) without a current visa and corporate structures NBD must close the accounts, it seemed right and professional to make that all very clear.  Instead, all I get back was a rude reply that was both likely criminally illegal under UAE law but also disregarding his interests that I pointed out in my email.  I'm also quite keen to tell him exactly why the deal didn't work - that is, his ego required that he boast to NBD about how much he was screwing his wife in the divorce - and that we had actually set up everything (and used a lot of relationship capital) perfectly for him before he ruined it.  And, by the way, the assets that did make it to NBD were, in fact, fully protected under the structure.  So, he ruined the ultimate protection of the other assets and he threw away the in-place protection of a huge-portion of his assets.

So, please just be very clear in responding to my question about your suggestion about our invoices and that you, as his counsel, are approving that we do nothing and let the legal, immigration, banking and other consequences of his position come about as I have discussed.

Donald Moore
Partner
dmoore@reedsmith.com
Reed Smith LLP
www.reedsmith.com<http://www.reedsmith.com>
Abu Dhabi, UAE:
Office: +971 2 418 5784; Mobile: +971 50 596 0970 New York, NY, USA:
Office: +1 212 549 0249; Cell: +1 917 981 4564 Abu Dhabi | Beijing | Century City | Chicago | Dubai | Falls Church | Greece | Hong Kong | Houston | Kazakhstan | London | Los Angeles | Munich | New York | Paris | Philadelphia | Pittsburgh | Princeton | Richmond | San Francisco | Shanghai | Silicon Valley | Singapore | Washington DC | Wilmington


-----Original Message-----
From: Andy Kerman [mailto:andy.kerman@kermanco.com]
Sent: Wednesday, January 27, 2016 7:43 AM
To: Moore, Donald
Cc: Unwalla, Kayaan; Sebastian Devlin
Subject: RE: URGENT - UAE matters

Dear Don,
I did make a suggestion to you  on 12 January as to how this fee dispute might  be resolved  - but have not heard from back from you .
Best,

Andy

Anthony D Kerman
Kerman & Co LLP
200 Strand
London WC2R 1DJ

Tel:      +44 (0) 20 7539 7272
Fax      +44 (0) 20 7240 6143
Website: www.kermanco.com<http://www.kermanco.com>

Alliuris Group
Member of ALLIURIS A.S.B.L.
Alliance of International Business Lawyers

BRUSSELS . PARIS . LONDON . AMSTERDAM . AMERSFOORT . LYON . MADRID . BARCELONA . LISBON MILAN . DUBLIN . COPENHAGEN . HANOVER . ZUG . VIENNA . MOSCOW . MINSK . ATHENS . NIKOSIA ISTANBUL . BEIJING . SHANGHAI . NEW DELHI . NEW YORK . SAO PAULO . RIO DE JANEIRO . BRASILIA

--------- IMPORTANT DISCLAIMER --------- The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by another person is not permitted. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.
The contents of an attachment to this e-mail may contain software viruses which could damage your own computer system. While Kerman & Co LLP have taken every reasonable precaution to minimise this risk, we cannot accept liability for any damage which you sustain as a result of software viruses. You should carry out your own virus checks before opening the attachment.
Kerman & Co LLP is a limited liability partnership registered in England and Wales under Companies House No OC303233 Authorised and regulated by the Solicitors Regulation Authority - SRA No. 382661.
Registered office and principal place of business: 200 Strand, London WC2R 1DJ

-----Original Message-----
From: Moore, Donald [mailto:DMoore@ReedSmith.com]
Sent: 26 January 2016 23:04
To: Andy Kerman
Cc: Unwalla, Kayaan; Sebastian Devlin
Subject: FW: URGENT - UAE matters

Andy

Will I be hearing from you or should I be planning to respond vigorously to FTA?


Sent with Good (www.good.com<http://www.good.com>)

_____

From: Moore, Donald
Sent: Monday, January 25, 2016 3:18:27 PM
To: Andy Kerman (andy.kerman@kermanco.com)
Cc: Unwalla, Kayaan; Sebastian Devlin (sebastian.devlin@kermanco.com)
Subject: FW: URGENT - UAE matters

Andy

FTA is going to hear a lot more for me soon about the reality of the situation, unless all this gets sorted.  He is also going to screw up his ability to enter the UAE.  And, he ought to be careful because of such accusations and insults are not taken kindly by UAE authorities.  More than one person has been arrested for such.  From my perspective, you need to take all this seriously on behalf of your client.  I'm willing to give you one call this week to fully resolve all issues, including our fees, or we will do exactly what FTA apparently wants us to do - that is, do nothing  and let the consequences with Humaid and the UAE corporate and immigration authorities take their course.   That is clearly not my advice and my email was clearly intended to prevent such consequences, but at this point that is up to you.

Donald Moore
Partner
dmoore@reedsmith.com
Reed Smith LLP
www.reedsmith.com<http://www.reedsmith.com>
Abu Dhabi, UAE:
Office: +971 2 418 5784; Mobile: +971 50 596 0970 New York, NY, USA:
Office: +1 212 549 0249; Cell: +1 917 981 4564 Abu Dhabi | Beijing | Century City | Chicago | Dubai | Falls Church | Greece | Hong Kong | Houston | Kazakhstan | London | Los Angeles | Munich | New York | Paris | Philadelphia | Pittsburgh | Princeton | Richmond | San Francisco | Shanghai | Silicon Valley | Singapore | Washington DC | Wilmington


-----Original Message-----
From: Farkhad Akhmedov [mailto:farkhad@akhmedov.net]
Sent: Monday, January 25, 2016 10:34 AM
To: Moore, Donald
Cc: Andy Kerman; Sebastian Devlin (sebastian.devlin@kermanco.com); Temur Akhmedov; Unwalla, Kayaan; Mackay, Katrina
Subject: Re: URGENT - UAE matters

Very strange email!
Why did I need visa ?
UAE companies ?
You now exactly!
Did you meet my goal as per your previous promises ?
No!
Did you fulfil your promises?
No!
Your wasted my time , monies!
 Andy!
Shut down all and tell those crooks do not disturb me or contact me again!



> On 25 Jan 2016, at 18:10, Moore, Donald <DMoore@ReedSmith.com> wrote:
>
> Dear Andy
>
> As we've advised a few times over the last several weeks, the entire UAE corporate, visa and bank account structure is at risk because of non-action and non-payment. It may have been decided to let it all terminate, but I feel obligated to re-state the timing and issues below:
>
> 1. FTA has not returned to the UAE for almost 6 months.  Although his visa is for longer than that, if he does not visit the UAE at least one time during a 6-month period then the visa will automatically cancel.  As advised before, the 6-month date is only a few days away - 27 January.
> 2. If the visa is automatically cancelled for the 6-month reason stated above, it cannot be renewed and Humaid's company must go through the process of removing the visa from its records.  If desired, a new visa can be applied

for but that is a new process, but that is complicated and will take additional effort.
> 3. The failure of FTA to keep his visa current will create a problem for Humaid's company's annual renewal, which is in process.  So, this must be resolved ASAP for Humaid's purposes as well as FTA's visa purposes.
> 4.  Humaid will incur an additional insurance expense upon his renewal if FTA's visa is to remain in place.  So, we'll need to get that paid ASAP. We can send you a quote for that insurance cost but it needs to be paid ASAP.
> 5.  To the extent that FTA wants to keep the NBD accounts open, the visa is a mandatory requirement.  So, failure to keep the visa current will effectively shut down the possibility of the future use of the NBD accounts.
> 6. The 3 UAE entities are also now due for renewal.  If those entities are not properly renewed, that will also mean the closing of the NBD accounts because the account holder (Clearfield Holdings) will no longer exist.  We also note that Vistra is the registered manager of those entities, but for some reason their relatively small invoices are never settled by you or FTA.  That means that Vistra won't act on the corporate renewals ( or any visa-related support) until they are paid ( and, given the outstanding nature of their previous invoices, they probably will require advance payment to do any future work).
> 7. We also have the long-standing issue of our open invoices.
>
> Given the pending deadline, I assume that FTA will either arrive in the UAE by 27 January or has determined to let the entire corporate, visa and banking structure be terminated.  There is a potential option to commence a new visa application after the cancellation of the current one, but that will be a bit complicated and it is not guaranteed that the government will look kindly upon that.
>
> Please be sure to respond to this email today with guidance.   As noted in several previous discussions, we and Humaid are not taking any responsibility for the failure to keep the FTA visa current and the consequent collapse and termination of the banking and corporate structures.
>
> Regards,
>
>
>
> Sent with Good (www.good.com<http://www.good.com>>)
>
>
>
> * * *
>
> This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.
>
> Disclaimer Version RS.US.201.407.01