**EXHIBIT 13**



**Bob Henriquez**
**Hillsborough County Property Appraiser**

https://www.hcpafl.org/
15th Floor County Ctr.
601 E. Kennedy Blvd, Tampa, Florida 33602-4932
Ph: (813) 272-6100

# Folio: 169394-0000



### Owner Information

| | |
|---|---|
| Owner Name | MASAOOD SALENA M |
| Mailing Address | 51 MARTINIQUE AVE<br>TAMPA, FL  33606-4029 |
| Site Address | 51 MARTINIQUE AVE, TAMPA |
| PIN | A-36-29-18-4J6-D00000-00005.0 |
| Folio | 169394-0000 |
| Prior PIN | |
| Prior Folio | 000000-0000 |
| Tax District | TA - TAMPA |
| Property Use | 0100 SINGLE FAMILY R |
| Plat Book/Page | 31/90 |
| Neighborhood | 203012.00 | Davis Islands |
| Subdivision | 4J6 | DAVIS ISLANDS REPLAT OF PART OF BLKS 50 THRU |

### Value Summary

| Taxing District | Market Value | Assessed Value | Exemptions | Taxable Value |
|---|---|---|---|---|
| County | $2,310,856 | $1,902,331 | $50,000 | $1,852,331 |
| Public Schools | $2,310,856 | $1,902,331 | $25,000 | $1,877,331 |
| Municipal | $2,310,856 | $1,902,331 | $50,000 | $1,852,331 |
| Other Districts | $2,310,856 | $1,902,331 | $50,000 | $1,852,331 |

Note: This section shows Market Value, Assessed Value, Exemptions, and Taxable Value for taxing districts. Because of changes in Florida Law, it is possible to have different assessed and taxable values on the same property. For example, the additional $25,000 Homestead Exemption and the non-homestead CAP do not apply to public schools, and the Low Income Senior Exemption only applies to countywide and certain municipal millages.

### Sales Information

| Book | Page | Month | Year | Type Inst | Qualified or Unqualified | Vacant or Improved | Price |
|---|---|---|---|---|---|---|---|
| 21512 | 0720 | 11 | 2012 | QC | Unqualified | Improved | $100 |
| 18111 | 1325 | 09 | 2007 | WD | Qualified | Improved | $1,999,000 |
| 18111 | 1324 | 09 | 2007 | QC | Unqualified | Vacant | $100 |
| 15948 | 1333 | 12 | 2005 | WD | Qualified | Improved | $635,000 |
| 13315 | 1643 | 11 | 2003 | WD | Unqualified | Improved | $100 |
| 7297 | 0292 | 02 | 1994 | WD | Qualified | Improved | $220,000 |
| 5635 | 1123 | 03 | 1989 | WD | Qualified | Improved | $180,000 |

## Building Information
### Building 1

| | |
|---|---|
| Type | 09  | EXCEPTIONAL RES |
| Year Built | 2007 |



### Building 1 Construction Details

| Element | Code | Construction Detail |
|---|---|---|
| Class | C | Masonry or Concrete Frame |
| Exterior Wall | 7 | Masonry Frm: Stucco |
| Exterior Wall | 6 | Wd/Mtl Frm: Stucco |
| Roof Structure | 3 | Gable or Hip |
| Roof Cover | 6 | Tile |
| Interior Walls | 5 | Drywall |
| Interior Flooring | 5 | Wood |
| Interior Flooring | 10 | Slate/Travertine |
| Heat/AC | 2 | Central |
| Architectural Style | 3 | Mansion |
| Condition | 3 | Average |
| Bedrooms | 5.0 | |
| Bathrooms | 6.0 | |
| Stories | 2.0 | |
| Units | 1.0 | |

### Building 1 subarea

| Area Type | Gross Area | Heated Area | Depreciated Value |
|---|---|---|---|
| TWO | 5,378 | 5,378 | $1,253,687 |
| FOP | 310 | | $19,140 |
| FUS | 310 | 310 | $68,463 |
| FOP | 100 | | $6,135 |
| FOP | 100 | | $6,135 |
| FOP | 160 | | $9,816 |
| BAS | 500 | 500 | $122,694 |
| FGR | 325 | | $39,753 |
| FUS | 325 | 325 | $71,653 |
| FGR | 160 | | $19,631 |
| FOP | 160 | | $9,816 |
| FOP | 36 | | $2,208 |
| FOP | 54 | | $3,435 |
| FGR | 255 | | $31,410 |
| FUS | 255 | 255 | $56,439 |
| FGR | 120 | | $14,723 |
| FOP | 120 | | $7,362 |
| FOP | 26 | | $1,472 |
| **Totals** | **8,694** | **6,768** | **$1,743,972** |

## Extra Features

| OB/XF Code | Description | Building | Year On Roll | Length | Width | Units | Value |
|---|---|---|---|---|---|---|---|
| 0600 | FPL EXCEPTIONAL | 1 | 2008 | 0 | 0 | 1.00 | $11,775 |
| 0355 | POOL 09 NO ENCL | 1 | 2011 | 0 | 0 | 1.00 | $41,400 |
| 0389 | SPA 09 | 1 | 2011 | 0 | 0 | 1.00 | $11,352 |
| 0115 | CONCRETE PAVERS | 1 | 2011 | 0 | 0 | 196.00 | $1,341 |

## Land Information

| Use Code | Description | Zone | Front | Depth | Land Type | Total Land Units | Land Value |
|---|---|---|---|---|---|---|---|
| 018C | RES Class 58 | RS-75 | 90.00 | 139.00 | FF | FRONT FEET | 90.00 | $501,016 |

## Legal Description

DAVIS ISLANDS REPLAT OF PART OF BLKS 50 THRU 57 LOT 5 BLOCK D