UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE APPLICATION OF
TATIANA AKHMEDOVA,

    Applicant,

REQUEST FOR DISCOVERY PURSUANT
TO 28 U.S.C. § 1782

CASE No.

_____/

**[PROPOSED] ORDER GRANTING TATIANA AKHMEDOVA'S
APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

    This matter comes before the Court by an application for discovery pursuant to 28 U.S.C. § 1782 (the "Application") filed by Tatiana Akhmedova ("Applicant"). Having reviewed the Application and Applicant's supporting memorandum of law, the declaration of Alessandro Tricoli, dated August 10, 2020, as well as the exhibits thereto, the Court is satisfied that the production of documentation is warranted pursuant to 28 U.S.C. § 1782, and the Court hereby ORDERS as follows:

1) The Application is GRANTED.

2) Applicant is authorized to issue and serve subpoenas on Humaid Abdulla Mohammed al Masaood al Muhairbi ("Al Masaood"), for the production of the following documents:

    a) All documents in the possession or control of Al Masaood concerning efforts made by himself personally or using Humasen Energy to obtain a United Arab Emirates (UAE) residency visa for Farkhad Akhmedov from 2014 to present, including but not limited to:

      i) any communications between Al Masaood, Humasen Energy or their representatives, Farkhad Akhmedov or his agents or representatives, or any third parties;

      ii) any communications between Al Masaood, Humasen Energy or their representatives and the UAE General Directorate of Residency and Foreigners Affairs or the Federal Authority for Identity and Citizenship regarding Farkhad Akhmedov;

  b) All documents and communications related to "Project Maldives";

  c) All documents in the possession or control of Al Masaood concerning funds received from Y.Co NY Inc., the yacht manager for Farkhad Akhmedov's yacht the M/Y LUNA, including but not limited to those received in 2018;

3) Applicant is authorized to serve a subpoena on Al Masaood compelling his appearance for a deposition within the District at a time mutually agreed between Applicant, Al Masaood and their respective counsel.

4) Al Masaood shall produce the documents requested in their respective subpoenas on an expedited basis, within fourteen (14) days of service of the subpoena.

5) Al Masaood shall preserve documents and evidence, electronic or otherwise, in hisr possession, custody or control that contain information potentially relevant to the subject matter of the Applicant's document request.

6) The Court shall retain jurisdiction over the matter for the purpose of enforcement and assessing any supplemental request for discovery assistance that may be requested by Applicant.

7) A copy of this Order shall be served with the subpoenas served on Al Masaood.

SO ORDERED

Dated: Tampa, Florida
       August ___, 2020

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

#77626737_v1