AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, Douglas C. Palmer, Clerk of this Court, certify that Marie E. Larsen, Bar # -------, was duly admitted to practice in this Court on 09/24/2012, and is in good standing as a member of the Bar of this Court.

Dated at Brooklyn (Location) on 08/11/2020 (Date)

Douglas C. Palmer
CLERK OF COURT

Freddie Valderrama, DEPUTY CLERK

