UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE APPLICATION OF
TATIANA AKHMEDOVA,

    Applicant,                                                                               8:20-MC-00065-TPB-SPF

REQUEST FOR DISCOVERY PURSUANT
TO 28 U.S.C. § 1782
_____/

## MOTION TO APPEAR *PRO HAC VICE* FOR JAMES H. POWER

James H. Power ("Movant") of the law firm of Holland & Knight LLP, pursuant to Local Rule 2.02, hereby moves this Court for special admission *pro hac vice* to appear in this proceeding as counsel for Plaintiff, Tatiana Akhmedova. In support of this Motion, Movant states as follows:

1. Movant is a member in the New York office of Holland & Knight LLP, whose address is 31 West 52nd Street, New York, New York 10019.

2. Movant is licensed to practice law in the State of New York and is a member in good standing of the New York Bar.

3. Movant is admitted to practice before the U.S. District Courts for the Southern District of New York, Eastern District of New York, and Northern District of New York. A copy of a Certificate of Good Standing for Movant issued from the United States District Court of the Eastern District of New York is attached as "Exhibit A."

4. Movant is admitted to practice before the U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Third Circuit, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the Fifth Circuit.

5. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of New York, or any other state nor from any Court of Appeals.

6. Movant is not a resident of Florida.

7. Movant is not a member of the Florida Bar.

8. Movant has not appeared in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida.

9. Movant certifies that he will comply with the fee and e-mail registration requirements of the Middle District of Florida Local Rule 2.01(d).

10. Movant further submits the United States District Court, Middle District of Florida, Special Admission Attorney Certification, as "Exhibit B."

11. Movant designates Jason Baruch, Esq., of Holland & Knight LLP, 100 North Tampa Street, Suite 4100, Tampa, FL 33602, who is a member of the bar of the Middle District of Florida, a resident in Florida, and who consents to designation as local counsel and to accept notices and papers that may be served and will be responsible for the progress of the case, including trial in default of the non-resident attorney.

12. Movant certifies further that he is familiar with and shall be governed by the Local Rules of this Court, the Rules of Professional Conduct, and all other requirements governing the professional behavior of members of the Florida Bar.

WHEREFORE, Movant respectfully requests entry of the attached proposed order authorizing his special admission to practice in this case

Dated: August 12, 2020

*/s/ James H. Power*
James H. Power

E-Mail: james.power@hklaw.com
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
Telephone: (212)513-3494 |
Facsimile: (212) 341-7240

*Attorneys for Plaintiff Tatiana Akhmedova*

## CONSENT TO ACT AS LOCAL COUNSEL

I, Jason Baruch, an attorney qualified to practice in this court, consent to designation as local attorney for James H. Power, Esq., with respect to the representation of PowerPile Products Oy, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served in accordance with Local Rule 2.02.

*/s/* Jason Baruch
Jason Baruch
Florida Bar No. 10280
E-Mail: jason.baruch@hklaw.com
Holland & Knight LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602
Telephone: (813) 227-6607
Facsimile: (813) 229-0134

*Attorneys for Plaintiff Tatiana Akhmedova*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 12, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send electronic notification to all counsel of record.

*/s/ Jason Baruch*
Attorney