AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, Douglas C. Palmer , Clerk of this Court,

certify that James H. Power , Bar # ------- ,

was duly admitted to practice in this Court on 05/28/1999 , and is in good standing as a member

of the Bar of this Court.

Dated at Brooklyn on 08/11/2020
*(Location)* *(Date)*

Douglas C. Palmer
CLERK OF COURT

Freddie Valderrama , *DEPUTY CLERK*

