UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE APPLICATION OF
TATIANA AKHMEDOVA,

    Applicant,                                                                   8:20-MC-00065-TPB-SPF

REQUEST FOR DISCOVERY PURSUANT
TO 28 U.S.C. § 1782
_____/

## NOTICE OF COMPLIANCE WITH ORDER
## GRANTING MOTION TO APPEAR PRO HAC VICE

    Pursuant to this Court's Order Granting Motion to Appear Pro Hac Vice [ECF No.4], Attorney James H. Power of Holland & Knight LLP paid the Attorney Special Admission Fee to the U.S. District Court for the Middle District of Florida on August 12, 2020 and has complied with electronic filing requirements.

                                                  */s/ James H. Power*
                                                  James H. Power
                                                  E-Mail: james.power@hklaw.com
                                                  Holland & Knight LLP
                                                  31 West 52nd Street
                                                  New York, NY 10019
                                                  Telephone: (212)513-3494 |
                                                  Facsimile: (212) 341-7240

                                                  *Attorneys for Plaintiff Tatiana Akhmedova*