UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE APPLICATION OF
TATIANA AKHMEDOVA,

    Applicant,                                        8:20-MC-00065-TPB-SPF

REQUEST FOR DISCOVERY PURSUANT
TO 28 U.S.C. § 1782
_____/

**NOTICE OF COMPLIANCE WITH ORDER**
**GRANTING MOTION TO APPEAR PRO HAC VICE**

    Pursuant to this Court's Order Granting Motion to Appear Pro Hac Vice [ECF No.4], Attorney Marie E. Larsen of Holland & Knight LLP paid the Attorney Special Admission Fee to the U.S. District Court for the Middle District of Florida on August 12, 2020 and has complied with electronic filing requirements.

                                                                */s/ Marie E. Larsen*
                                                                Marie E. Larsen
                                                                E-Mail: marie.larsen@hklaw.com
                                                                Holland & Knight LLP
                                                                31 West 52nd Street
                                                                New York, NY 10019
                                                                Telephone: (212)513-3477
                                                                Facsimile: (212) 341-7167

                                                              *Attorneys for Plaintiff Tatiana Akhmedova*

#77957107_v1